**Order entered June 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00195-CR
No. 05-14-00196-CR

**VINCENT BERNARD JENKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-53064-V, F13-16340-V**

## ORDER

The Court **GRANTS** appellant's May 22, 2014 motion to supplement the appellate record.

We **ORDER** Robin Benton, official court reporter for the 292nd Judicial District Court, to file a supplemental record, within **THIRTY (30) DAYS** from the date of this order, that contains the original plea hearing and the hearing held on November 13, 2013.

We **ORDER** the Dallas County District Clerk to file a supplemental record, within **THIRTY (30) DAYS** from the date of this order, that contains the State's notice to enhance the punishment range.

We **ORDER** appellant to file the brief within **SIXTY (60) DAYS** from the date of this order.


/s/    CAROLYN WRIGHT
       CHIEF JUSTICE